Edwin F. McPherson -- State Bar No. 106084
    emcpherson@mcphersonrane.com
Pierre B. Pine -- State Bar No. 211299
    ppine@mcphersonrane.com
**McPHERSON RANE LLP**
1801 Century Park East
24th Floor
Los Angeles, CA  90067
Tel:(310)553-8833
Fax:(310)553-9233

JS - 6

Attorneys for Defendants LORI BARTH and CHERIMOYA MUSIC, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNY RANKIN, an individual, | CASE NO. CV 08-8256-RGK (JTLx) |
| Plaintiff, | [~~PROPOSED~~] **FINAL JUDGMENT** |
| v. | |
| LORI BARTH, an individual; CHERIMOYA MUSIC, an entity unknown; BUG MUSIC INC., a California corporation; BUGHOUSE MUSIC INC., a California Corporation, | |
| Defendants. | |

The Court, having read and considered the Stipulation of the Parties Re Entry of Final Judgment, and GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the following FINAL JUDGMENT shall be entered:

1.  The two musical compositions: (1) "Pictures On The Piano," subject to U.S. Copyright Registration PAu3-017-928, and (2) "My Way Back," subject to U.S. Copyright Registration PAu3-017-927 (hereinafter the "Compositions"), are joint works as defined by 17 U.S.C. 101 of the Copyright Act;

2. With regard to the Compositions, Kenny Rankin (hereinafter "Rankin") and Lori Barth (hereinafter "Barth") as the authors, intended that their contributions be merged into inseparable or independent parts of a unitary whole;

3. Rankin and Barth are the joint authors, fifty percent (50%) each, of the Compositions;

4. Prior to Rankin's passing away, Rankin and Barth were each the fifty (50%) joint owners of each of the Compositions;

5. Barth remains a 50% joint owner of each of the Compositions, and the heirs of Rankin, as provided by the U.S. Copyright Act, are collectively the 50% joint owner each of the Compositions;

6. Neither Plaintiffs nor Barth is aware of any other persons who have claims or rights as authors to the Compositions;

7. The Complaint in this matter is hereby dismissed, with prejudice, with Plaintiffs and the Barth Defendants to bear their own attorneys' fees.

8. The rights of Defendant BUG MUSIC, INC. d/b/a BUGHOUSE MUSIC to seek indemnification from the Barth Defendants, including for attorneys' fees and costs incurred in defending this action, have not been waived, and are hereby reserved.

**IT IS SO ADJUDGED.**

DATED: January 7, 2010

                                                 Hon. R. Gary Klausner
                                           UNITED STATES DISTRICT JUDGE